IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:26-mj-104 |
| | ) | |
| KIANA H. BROOKS, | ) | Court Date: April 13, 2026 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – 7140931)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 2, 2026, at or near Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KIANA H. BROOKS, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Sections 18.2-266(ii).)

Count II (Class A Misdemeanor – 7140934)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 2, 2026, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KIANA H. BROOKS, drove and operated a motor vehicle while his driver's license was suspended.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-301.)

Count III (Petty Offense – 7140932)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about February 2, 2026, at or near Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KIANA H. BROOKS, did operate a motor vehicle and did, after being advised of the consequences, unreasonably refuse to consent to a chemical test of his breath and blood after arrest for driving under the influence.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 18.2-268.3.)

Count IV (Petty Offense – 7140933)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 2, 2026, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KIANA H. BROOKS, did unlawfully consume an alcoholic beverage while driving a motor vehicle upon a public highway.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-323.1(A)).

Count V (Petty Offense – 7140935)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about February 2, 2026, at or near Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KIANA H. BROOKS, did unlawfully operate a motor vehicle on a highway of the Commonwealth without registration.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Sections 46.2-613.)

Respectfully submitted,

By: _____/s/_____
Richard Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: Richard.krupczak@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on April 6, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:          /s/          

Richard Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: Richard.krupczak@usdoj.gov